**Order filed October 19, 2017**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-13-00203-CR & 11-13-00204-CR
_____

## ANTHONY AUSTIN METTS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause Nos. CR29169 & CR29170**

### O R D E R

On August 25, 2017, this court issued an opinion and judgments in which we reversed Appellant's convictions. Appellant has now filed a motion for bail in each cause. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West Supp. 2016). Pursuant to Article 44.04(h), Appellant is entitled to release on reasonable bail pending final determination of an appeal by the State or Appellant on a petition for discretionary review. *Id.* Because Appellant filed his motion in this court prior to a petition for

discretionary review being filed, this court must determine and set the amount of bail. *See id.*

Accordingly, we order that bail is hereby set in each cause at $25,000, to be filed with the clerk of the 385th District Court, conditioned on the sureties, if any, being approved by the trial court. *See id.* If sufficient bail is posted as provided for in this order, the trial court shall order Appellant released from the confinement assessed in these causes.

PER CURIAM

October 19, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.